Hand-Delivered

FILED
CHARLOTTE, NC

AUG 17 2023

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| KEVIN BOLES<br>　　　Plaintiff, | ) JURY TRIAL DEMANDED<br>)<br>) |
| v. | ) Case No. 3:23-cv-516<br>) |
| GATESTONE & CO INC<br>　　　Defendant. | )<br>)<br>)<br>)<br>) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I.　INTRODUCTION

1.　This is an action for actual and statutory brought by Plaintiff Kevin Boles an individual consumer, against Defendant, Gatestone & Co Inc. ("Gatestone") for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II.　JURISDICTION AND VENUE

2.　Jurisdiction of this court arises under 15 U.S.C § 1692k(d) 28 U.S.C 1331. Venue in this District is proper in that the Defendants transact business in Charlotte, Mecklenburg County, North Carolina, and the

1

conduct complained of occurred in Charlotte, Mecklenburg County, North Carolina.

### III. PARTIES

3. Plaintiff Kevin Boles (hereinafter "Mr. Boles") is a natural person residing in Charlotte, Mecklenburg County, North Carolina. Mr. Boles is a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C. §1692a(3).

4. Upon information and belief, Defendant "Gatestone" is a Delaware corporation with its principal place of business located at 1000 N. West Street, Suite 1200.

5. Defendant "Gatestone" is engaged in the collection of debt from consumers using the mail and telephone. Defendant regularly attempt to collect consumers' debts alleged to be due to another's. The alleged debt arose from a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt as that term is defined by 15 U.S.C. §1692a(5).

### IV. FACTS OF THE COMPLAINT

6. Defendant "Gatestone" (hereinafter referred to as "Debt Collector") is a "debt collector" as defined by the FDCPA, 15 U.S.C 1692a(6).

2

7. On or about June 7th, 2023, Mr. Boles received a letter in the mail from "Gatestone" stating he owed a debt of $10,867.56 originating from American Express.

8. On or about July 1st, 2023 Plaintiff sent a letter stating "l refuse to pay the debt" pursuing to 15 U.S.C 1692c(c) certified mail with tracking number 7021 2720 0003 0395 2993.

9. On or about July 10th, 2023 received the written communication that Plaintiff "refuse to pay the debt."

10. On or about July 20th, 2023 sent a collection letter attempting to collect by offering a "Special Offer" on the same debt that Plaintiff wrote the "refusal to pay the debt" which was a violation of 15 U.S.C 1692c(c).

11. Plaintiff has suffered actual damages as a result of these illegal collection communications by these Defendant in the form of anger, anxiety, decreased ability to focus on task while at work, frustration, amongst other negative emotions.

## V. FIRST CLAIM FOR RELIEF
(Defendant Gatestone & Co Inc)
15 U.S.C. §1692c(c)

12. Mr. Boles re-alleges and reincorporates all previous paragraphs as if fully set out herein.

13. The Debt Collector violated the FDCPA.

14. The Debt Collector's violations include, but are not limited to, the following:

The Debt Collector violated 15 U.S.C § 1692c(c) of the FDCPA by failing to cease collection after receiving written notice.

15. As a result of the above violations of the FDCPA, Defendant are liable to the Mr. Boles actual damages, statutory damages and cost.

### VI. JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff Mr. Boles respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against the Debt Collector for:

A. Judgment for the violations occurred for violating the FDCPA;

B. Actual damages pursuant to 15 U.S.C 1692k(1)(2);

C. Statutory damages pursuant to 15 U.S.C 1692k(2);

D. Cost pursuant to 15 U.S.C 1692k(3);

E. For such other and further relief as the Court may deem just and proper.

Respectfully submitted:

Kevin Boles

310 Prince Charles St

Charlotte, NC 28213

Kevinboles1987@gmail.com

